UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOANNE MOHRLAND, an individual person,<br><br>Plaintiff,<br><br>v.<br><br>ENLIVANT SENIOR LIVING, an Illinois corporation; STEVE BAKER, an individual person; JOHN PETER BARRAND, an individual person,<br><br>Defendants. | NO: 4:17-CV-5073-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 3). Plaintiff represents that this matter should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's notice, this matter is **DISMISSED** without prejudice.

2. All pending motions are **DENIED as moot** and all hearing dates stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 29, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2